**Order filed June 14, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00292-CV
_____

## C4 FOOD TRUCK, LLC AND ANDY CARDENAS, Appellants

## V.

## KEITH LEWIS AND CHA'QUANIA LEWIS, Appellees

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2019-47196**

## O R D E R

Appellant's brief was due May 31, 2022**.** No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within **thirty (30) days** of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.